FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLENN E. MERRIFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA BARBARA COUNTY SHERIFF, et al.,<br><br>        Defendants. | No. CV 07-6129 RMT (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: March 14, 2008

_____
ROBERT M. TAKASUGI
United States District Judge